UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MONTE C. HOISINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>ROBIN WILLIAMS, DON GAUNTZ, HOLLY CORYELL, CATHIE HARRIS, AL NERIO, MELISSA LOVELL, BYRON EAGLE, BRENDA POWERS, WES DIAZ, JIM FOWLER, WILL BAILEY, KAYLE GHAN,<br><br>    Defendants. | No. C13-5064 BHS/KLS<br><br>ORDER GRANTING INFORMA PAUPERIS STATUS |

Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. ECF No. 1. Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**. Plaintiff is currently detained at the Special Commitment Center in Steilacoom, Washington, and does not appear to have funds available to afford the $350.00 court filing fee.

The Clerk is directed to mail a copy of this Order to Plaintiff.

**DATED** this 1st day of February, 2014.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 1