UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MONTE C. HOISINGTON,<br><br>                        Plaintiff,<br>   v.<br><br>ROBIN WILLIAMS, DON GAUNTZ, HOLLY CORYELL, CATHIE HARRIS, AL NERIO, MELISSA LOVELL, BYRON EAGLE, BRENDA POWERS, WES DIAZ, JIM FOWLER, WILL BAILEY, KAYLE GHAN,<br><br>                        Defendants. | No. C13-5064 BHS/KLS<br><br>**REPORT AND RECOMMENDATION**<br>**Noted For:  June 21, 2013** |

Before the Court is the parties' Stipulation for Order of Dismissal.  ECF No. 26.  The parties state that this matter has been fully settled and compromised between them and stipulate to the dismissal of this action with prejudice without costs.  *Id.*   Accordingly, it is recommended that this case be D**ISMISSED WITH PREJUDICE without costs.**

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections.  See also Fed. R. Civ. P. 6.  Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **June 21, 2013**, as noted in the caption.

**DATED** this 7th day of June, 2013.

                                                       Karen L. Strombom
                                                     United States Magistrate Judge

REPORT AND RECOMMENDATION - 1