UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MONTE C. HOISINGTON,<br><br>              Plaintiff,<br><br>     v.<br><br>ROBIN WILLIAMS, et al.,<br><br>              Defendants. | No. C13-5064 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 27. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

1. The Court adopts the R&R.

2. Based on the parties' stipulation (Dkt. 26), this matter is **DISMISSED WITH PREJUDICE and without costs.**

**DATED** this 25th day of June, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION